346 A.2d 265

**Donald SEGAL, Appellant,**

v.

**Frank W. JENKINS, Chairman, et al.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1975.

Decided Oct. 22, 1975.

Thomas J. Burke, Haws & Burke, Ardmore, for appellant.

Roger B. Reynolds, Norristown, John M. Phelan, for intervenors.

Joseph A. Smyth, Asst. Montgomery County, Solicitor, Norristown, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

### OPINION OF THE COURT

PER CURIAM.

Order affirmed.

ROBERTS, J., dissents.